## Sarnoff, Appellant, v. Yellow Cab Company of Philadelphia.

Argued June 15, 1967. *Arthur D. Rabelow*, with him *Manchel, Lundy & Lessin*, for appellant; *William M. Barnes*, with him *Schnader, Harrison, Segal & Lewis*, for appellee. Judgment affirmed.

## Springfield Township v. Davidon et al., Appellants.

Argued June 13, 1967. *Thomas P. Hamilton, Jr.*, with him *Richard, Brian & DiSanti*, for appellants; *Read Rocap, Jr.*, for appellee. Order affirmed.
Wright, J., absent.

## Springfield Township v. Eaton et al., Appellants.

Argued June 13, 1967. *Thomas P. Hamilton, Jr.*, with him *Richard, Brian & DiSanti*, for appellants; *Read Rocap, Jr.*, for appellee. Order affirmed.
Wright, J., absent.